34 So.3d 140 (2010)
Erick WILSON, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D09-173.
District Court of Appeal of Florida, Third District.
April 21, 2010.
Carlos J. Martinez, Public Defender, and Michael T. Davis, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Jill D. Kramer, Assistant Attorney General, for appellee.
*141 Before COPE, SUAREZ and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. Ensor v. State, 403 So.2d 349, 354 (Fla.1981); L.G. v. State, 693 So.2d 1020 (Fla. 3d DCA 1997); State v. Strachan, 549 So.2d 235 (Fla. 3d DCA 1989).